**FILED**
February 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ KG
DEPUTY

In The United States District Court for The Western District Of Texas Midland/Odessa Division

Ray Chrles Price (Plaintiff's Name And Id Number)
#245422

Midland (County) Detention Center
Sheriffs Department          (Place Of Confinement)

V.

Midland Police Department (601 N. Lorane
Midland, Texas
-79701
United States Of America

Raymond Finecoat (214 W. Texas Ave, Ste 811
Midland, Texas -79701
United States Of America

Case No. 7:22-cv-00023
(Clerk Will Assign The Number)

PAID MIDLAND, TX 79701
SENT FEB 2022

USA FOREVER

Darian Haralis Torres #24-14122

D-14 Harris Torres #24-14122
Midland County
Detention Center
P. O. Box 11387
Midland, TX 79702

200 East Dwsite St.
United States District + Western
Midland, Texas 79701

RECEIVED
FEB 0 9 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY